UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIA SAGOTE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JANEL ESPINOZA,<br><br>　　　　　Respondent. | Case No. 17-cv-06400-YGR (PR)<br><br>**JUDGMENT** |

　　　　Pursuant to the Court's Order Granting Respondent's Motion to Dismiss Petition as Untimely; and Denying Certificate of Appealability signed today, this action is DISMISSED WITH PREJUDICE.  28 U.S.C. § 2244(d).

　　　　IT IS SO ORDERED.

Dated: 12/19/2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge